UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WENDY MERRICK, an individual

       Plaintiff,

v.                                                         Case No.  8:06-cv-1591-T-24TGW

RADISSON HOTELS INTERNATIONAL,
INC., ET. AL.,

       Defendants.
_____/

## ORDER TO STRIKE

Document 45, titled "Plaintiff's Amended Motion for Leave to File Second Amended Complaint, and Plaintiff's Answer to Defendant Pallas LLC's Motion to Dismiss" was incorrectly filed.  Plaintiff is inappropriately seeking two forms of relief in one motion: (1) leave to file a second amended complaint to add Menna Development, Inc. as an additional defendant; and (2) response to Pallas LLC's motion to dismiss.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    Document 45 is hereby stricken.

(2)    Plaintiff shall have until June 22, 2007 to file two separate pleadings.

(3)    Defendants shall have seven (7) calendar days from the time Plaintiff files a motion for leave to amend to file their response thereto.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of June, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record